```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 15667
   MICHAEL J TOBOLT
                                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-5509


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/29/06 .

     2.  The case was dismissed without confirmation, 06/21/2007.

     3.  The Debtor paid a total of $    4014.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00         .00            .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE   NOT FILED         .00            .00
WEST SUBURBAN BANK         SECURED              .00          .00            .00
WEST SUBURBAN BANK         MORTGAGE ARRE   NOT FILED         .00            .00
NATIONAL CITY              SECURED              .00          .00            .00
TEUTOPOLIS STATE BK        CURRENT MORTG        .00          .00            .00
CHASE AUTOMOTIVE FINANCE   SECURED              .00          .00            .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED         .00            .00
COMED                      UNSECURED       NOT FILED         .00            .00
DISCOVER BANK              UNSECURED       NOT FILED         .00            .00
SHERMAN FINANCIAL GROUP    UNSECURED       NOT FILED         .00            .00
NICOR GAS                  UNSECURED       NOT FILED         .00            .00
SBC AMERITECH              UNSECURED       NOT FILED         .00            .00
THD CBSD                   UNSECURED       NOT FILED         .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED       NOT FILED         .00            .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00        .00         .00         .00          .00
PRINCIPAL PAID           .00        .00         .00         .00          .00
INTEREST PAID            .00        .00         .00         .00          .00
TOTAL PAID               .00        .00         .00         .00          .00
The Debtor's attorney, ROBERT V SCHALLER             , was allowed $   3000.00
and was paid $   1701.00   direct and $   1299.00   through the plan.

The Trustee received $      34.68 .

Refunds to the Debtor totaled $   2680.32 .

     Wherefore, the Trustee requests an order be entered discharging
```

```
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```